```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :           21-cv-8000 (VSB)
                  -against-                                 :
                                                            :               ORDER
WAT'S ON YOUR PLATE 2                                       :
CORPORATION, et al.,                                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff Namel Norris commenced this action against Defendants Wat's On Your Plate 2 Corporation and Paul O. Register Houses, L.P. on September 26, 2021.  (Doc. 1.)  On October 12, 2021, summonses were issued to Defendants.  (Docs. 6 and 7.)  On December 17, 2021, Plaintiff filed affidavits of service, which show that Defendants were served on October 21, 2021. (Docs. 7 and 8.)  Defendants' answers were due November 12, 2021.  (*See id*.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff has taken no action to prosecute this case, either.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 21, 2022.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 4, 2022
      New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge