```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                                            :
                          Plaintiff,                        :
                                                            :     21-cv-8000 (VSB)
              -against-                                     :
                                                            :        ORDER
WAT'S ON YOUR PLATE 2                                       :
CORPORATION and PAUL O. REGISTER                            :
HOUSES, L.P.,                                               :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
------------------------------------------------------------X
                                                            :
PAUL O. REGISTER HOUSES, L.P.,                              :
                                                            :
                          Cross Claimant,                   :
                                                            :
              -against-                                     :
                                                            :
WAT'S ON YOUR PLATE 2                                       :
CORPORATION,                                                :
                                                            :
                          Cross Defendant.                  :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Paul O. Register Houses, L.P. ("Cross Claimant") served its crossclaim on Wat's On Your Plate 2 Corporation ("Cross Defendant") on May 17, 2022. (Doc. 25.) Pursuant to the Federal Rule of Civil Procedure 12(a)(1)(B), Cross Defendant has 21 days after being served, i.e. until June 7, 2022, to serve its answer to the crossclaim. To this day, Cross Defendant still has not appeared to answer the crossclaim. Accordingly, if Cross Claimant intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and

Practices in Civil Cases by no later than June 22, 2022.  If Cross Claimant fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I will dismiss its crossclaim for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  No extension will be granted.

SO ORDERED.

Dated: June 8, 2022
      New York, New York

Vernon S. Broderick
United States District Judge