UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                            Plaintiff,<br><br>-against-<br><br>PAUL O. REGISTER HOUSES, L.P.,<br><br>                            Defendant. | 1:21-cv-08000 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      A joint letter updating the Court on the status of this case was due January 27, 2023. *See* ECF No. 32. No such letter was filed. Additionally, a mediation conference was held between the parties on January 5, 2023 and the mediation report is due February 6, 2023. Accordingly, the post-discovery pretrial conference scheduled for February 7, 2023 is adjourned. The parties shall file the joint status letter required by ECF No. 32 no later than **February 10, 2023.**

Dated: February 3, 2023
       New York, New York

                                                            SO ORDERED.

                                                         *Jennifer Rochon*
                                                         JENNIFER L. ROCHON
                                                         United States District Judge